PGBA, LLC
TRICARE SOUTH REGION
P.O. BOX 7032
CAMDEN, SC 29020-7032

**DUPLICATE COPY**

**HUMANA MILITARY**
HEALTHCARE SERVICES
★ ★ ★ ★

www.humana-military.com

# TRICARE EXPLANATION OF BENEFITS
This is a statement of the action taken on your TRICARE claim.
Keep this notice for your records.

| | |
|---|---|
| Date of Notice: | December 21, 2006 |
| Sponsor SSN: | \*\*\*-\*\*-2218 |
| Sponsor Name: | TANYA D STEWART |
| Beneficiary Name: | BRENDON F PERRY |

TANYA D STEWART
220 BOHN STREET
BILOXI MS 39530-3018

Benefits were payable to:

GULF COAST CHILDREN'S CLINIC P
999 N HALSTEAD RD
OCEAN SPRINGS MS 39564

**Claim Number:** 6354X14TX-00-00

| Services Provided By/<br>Date of Services | Services<br>Provided | Amount<br>Billed | TRICARE<br>Approved | See<br>Remarks |
|---|---|---|---|---|
| GULF COAST CHILDREN'S CLINIC P | | | | |
| 11/29/2006 | 001 Initial care, normal newborn (99431) | 197.00 | 54.90 | 1, 2, 3, 4, 5, 6 |
| 11/30/2006 | 001 Normal newborn care/hospital (99433) | 92.00 | 28.88 | 1, 5, 6 |
| 12/01/2006 | 001 Hospital discharge day (99238) | 90.00 | 63.70 | 1, 5, 6 |
| **Totals:** | | 379.00 | 147.48 | |

| Claim<br>Summary | | Beneficiary<br>Liability Summary | | Benefit Period<br>Summary | | |
|---|---|---|---|---|---|---|
| Amount Billed: | 379.00 | Deductible: | 0.00 | **Fiscal Year Beginning:** | | |
| TRICARE Approved: | 147.48 | Copayment: | 0.00 | October 01, 2006 | | |
| Non-covered: | 231.52 | Cost Share: | 29.50 | | Individual | Family |
| Paid by Beneficiary: | 0.00 | Patient Responsibility: | 29.50 | Deductible: | 0.00 | 0.00 |
| Other Insurance: | 0.00 | | | Catastrophic Cap: | | 672.56 |
| Paid to Provider: | 117.98 | | | | | |
| Paid to Beneficiary: | 0.00 | | | | | |
| Check Number: | | | | | | |

**Remarks:**

1 - CHARGES ARE MORE THAN ALLOWABLE AMOUNT.

2 - VISIT WWW.HUMANA-MILITARY AND WWW.MYTRICARE.COM TO MANAGE YOUR HEALTH CARE ONLINE. FIND A PROVIDER, READ YOUR BENEFITS INFORMATION, CHECK INDIVIDUAL CLAIM AND REFERRAL STATUS, ELIGIBILITY, AND MUCH MORE.

(A)

1-800-403-3950
**THIS IS NOT A BILL**
If you have questions regarding this notice, please call or write us at telephone number/address listed above.


TRICARE
South

**PGBA, LLC**
Toll Free: 1-800-403-3950
www.myTRICARE.com by PGBA

**HUMANA MILITARY**
HEALTHCARE SERVICES
★ ★ ★ ★ ★
www.humana-military.com

November 16, 2007

TANYA STEWART
220 BOHN ST
BILOXI MS 39530-3706

Re:  Patient:                    Tanya D. Stewart
     Sponsor:                    Tanya D. Stewart
     Sponsor's SSN:              ***-**-2218
     Date(s) of Service:         November 29, 2006 - December 1, 2006
     Internal Control Number:    6342X0PNN0002
     Total Charges:              $6,539.65

Dear Petty Officer STEWART:

Thank you for your recent correspondence.

We are in receipt of the returned check in the amount of $1,067.86 on claim number 6342X0PNN0002. The entire amount has been posted back to our records.

Singing River Hospital voluntarily returned the payment made by TRICARE citing charges were billed in error. Since the funds have been returned to TRICARE, the claim is now voided and there is no patient responsibility.

For additional assistance, please contact us at our toll-free customer service number, write to our customer service address or visit us at the PGBA, LLC Web address.

Sincerely,
TRICARE South Customer Service
AW37

REF2 (PRT577)
DKEY:  G61E432DD
NKEY:  1124136593
¢EOD

B

TRICARE South Region
Claims Department
P.O. Box 7031
Camden, SC  29020-7031

TRICARE South Region
Customer Service Dept.
P.O. Box 7032
Camden, SC  29020-7032

TRICARE South Region
Provider Data Mgmt. Dept.
P.O. Box 7039
Camden, SC  29020-7039

TRICARE South Region
Behavioral Health Dept.
P.O. Box 7034
Camden, SC  29020-7034

EOF 2034(01/06)