IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TANYA DENISE STEWART                                                                          PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 1:07cv1270WJG-JMR

JOHNNIE MAE PERRY; JACKSON COUNTY,
MISSISSIPPI; SINGING RIVER HOSPITAL
SYSTEMS; SINGING RIVER HOSPITAL;
OCEAN SPRINGS HOSPITAL; GREGORY
HORN, M.D.; OCEAN SPRINGS POLICE
DEPARTMENT; DEPARTMENT OF HEALTH
AND HUMAN SERVICES; HARRISON
COUNTY, MISSISSIPPI; DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
DEANNA CHASE; LANA M. HODA; BILOXI
POLICE DEPARTMENT; HARRISON
COUNTY YOUTH COURT; MISSISSIPPI
FAMILY COURT; YOUTH COURT OF
HARRISON COUNTY, MISSISSIPPI;
MICHAEL D. WARD, YOUTH COURT
JUDGE; HERBERT WILSON, YOUTH
COURT PROSECUTOR; ANGELIQUE
WHITE, GUARDIAN AD LITEM                                                                DEFENDANTS

JUDGMENT

THIS MATTER is before the Court on the motion [32] filed by Defendant Ocean Springs Police Department [OSPD], to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Defendant OSPD's motion to dismiss [32] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that all claims advanced against the OSPD are dismissed with prejudice. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED this the 4th day of September, 2008.

                                                  *Walter J. Gex III*
                                     UNITED STATES SENIOR DISTRICT JUDGE