IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TANYA DENISE STEWART                                                                                   PLAINTIFF

VERSUS                                                                 CIVIL ACTION NO. 1:07cv1270-WJG-JMR

JACKSON COUNTY, MISSISSIPPI; *ET AL.*                                                       DEFENDANTS

O R D E R

THIS MATTER is before the Court on motion [35] of Defendants Gregory Horn, M.D., and Joseph P. Vice, M.D., to dismiss pursuant to Federal Rules of Civil Procedure 12(b) and Mississippi Code Annotated §§15-1-36(15) and 11-1-58. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Defendants Horn and Vice's motion to dismiss [35] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that all claims advanced under Section 1983 against Horn and Vice are dismissed with prejudice. It is further,

ORDERED AND ADJUDGED that all claims advanced under state law against Horn and Vice, if any, be, and are hereby, dismissed without prejudice. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED, this the 24th day of October, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE