IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TANYA DENISE STEWART                                              PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:07cv1270WJG-JMR

JACKSON COUNTY, MISSISSIPPI;
*ET AL.*                                                          DEFENDANTS

## SUMMARY JUDGMENT

THIS MATTER is before the Court on the motion [66] of Defendants Singing River Hospital Systems, Singing River Hospital, and Ocean Springs Hospital, [collectively Singing River], to dismiss or, in the alternative, for summary judgment, pursuant to Federal Rules of Civil Procedure 56. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Defendants' motion for summary judgment [66] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that all claims advanced against Singing River under 42 U.S.C. § 1983, be, and are hereby, dismissed with prejudice. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED, this the 8th day of September, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE