IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TANYA DENISE STEWART                                                                 PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 1:07cv1270WJG-JMR

JACKSON COUNTY, MISSISSIPPI;
*ET AL.*                                                                                          DEFENDANTS

## SUMMARY JUDGMENT

THIS MATTER is before the Court on the motion [55] of Defendants Deanna Chase and Lana M. Hoda for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Defendants' motion for summary judgment [55] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that all claims advanced against Chase and Hoda in their individual capacities pursuant to 42 U.S.C. § 1983 be, and are hereby, dismissed with prejudice. It is further,

ORDER AND ADJUDGED that all claims advanced against Chase and Hoda in their individual capacities under state law, if any, be, and are hereby, dismissed without prejudice. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED, this the 8th day of September, 2009.

                                                *Walter J. Gex III*
                                    UNITED STATES SENIOR DISTRICT JUDGE