IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TANYA DENISE STEWART     PLAINTIFF

VERSUS     CIVIL ACTION NO. 1:07cv1270-WJG-JMR

JACKSON COUNTY, MISSISSIPPI; *ET AL.*     DEFENDANTS

## SUMMARY JUDGMENT

THIS MATTER is before the Court on motion [67] for summary judgment pursuant to Federal Rule of Civil Procedure 56 filed by Defendants Harrison County Board of Supervisors, Harrison County Youth Court Judge Michael H. Ward, Harrison County Youth Court Prosecutor Herbert Wilson, and Harrison County Guardian Ad Litem Angelique White (collectively, the Harrison County Defendants). Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that the Harrison County Defendants' motion [67] for summary judgment be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that all claims advanced against these Defendants pursuant to 42 U.S.C. § 1983 be, and are hereby, dismissed with prejudice. It is further,

ORDER AND ADJUDGED that all claims advanced against these Defendants in their individual capacities under state law, if any, be, and are hereby, dismissed without prejudice. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs associated with this motion.

SO ORDERED AND ADJUDGED, this the 16th day of September, 2009.

_____
*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE